

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00095-CR

_____

ROYCE WILLIAM TAWATER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 29,311

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

In this appeal, Royce William Tawater challenges his conviction for deadly conduct. Tawater claims (1) error in the trial court's denial of his request for a reporter's record from an earlier trial and (2) that trial counsel was ineffective for failing to properly request such reporter's record.

Upon our review of the record and based on the reasoning and analysis in our opinion in cause number 06-14-00094-CR, issued on even date herewith, we overrule Tawater's points of error.

We affirm the trial court's judgment and sentence.

Ralph K. Burgess
Justice

Date Submitted:     January 13, 2015
Date Decided:       February 4, 2015

Do Not Publish